UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-09-015-EFS-3 |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY |
| TRONG V. NGUYEN, | ☑ MOTION GRANTED **(Ct. Rec. 1204)** |
| Defendant. | |

Before the court is Defendant's Motion to modify his conditions of release to remove electronic monitoring. (Ct. Rec. 1204.)

The Defendant's Motion **(Ct. Rec. 1204)** is **GRANTED.** Defendant no longer shall be subject to electronic monitoring. Instead he shall be on a curfew of 6:30 p.m. to 7:30 a.m. daily. For good cause, such as for employment needs, Pretrial Services may modify Defendant's curfew hours.

**IT IS SO ORDERED.**

DATED November 12, 2009.


                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY - 1